# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SINGLETON,<br><br>                    Plaintiff,<br><br>     v.<br><br>MORALES AND PEREZ,<br><br>                    Defendant.<br>_____/ | CASE NO.  03 5557 REC LJO P<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN THIRTY DAYS<br><br>(Doc.  28) |

Charles Singleton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 7, 2004, Defendant Perez filed a Motion to Dismiss the action on the basis of Plaintiff's failure to exhaust administrative remedies, and Defendant Morales filed a Motion for Summary Judgment.   To date, Plaintiff has not filed an Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules.  Local Rule 78-230(m).

Accordingly, within **THIRTY (30) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss and for Summary Judgment.  **Plaintiff's failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:     June 15, 2005                                /s/ Lawrence J. O'Neill
b9ed48                                                      UNITED STATES MAGISTRATE JUDGE