UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES SINGLETON, | ) | 1:03-CV-5557 REC LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #36) |
| v. | ) | |
| | ) | |
| M. McRALES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2005, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted fifteen (15) days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   September 19, 2005**           /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE