UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SINGLETON, | 1:03-cv-05557-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 34) |
| vs. | |
| MORALES and A. PEREZ, | **ORDER GRANTING MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT** (Doc. 28) |
| Defendants. / | **ORDER DISMISSING CASE** |
| | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Plaintiff, Charles Singleton ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 25, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. On September 8, 2005, plaintiff filed a motion to extend

1

time.  On September 20, 2005, the court granted plaintiff an additional fifteen (15) days within which to respond.  On October 3, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed August 25, 2005, are ADOPTED IN FULL;

2.   Defendants' motion to dismiss the First Amendment claim against defendant Perez is GRANTED;

3.   Defendants' motion for summary judgment on the First Amendment claim against defendant Morales is GRANTED;

4.   This case is therefore DISMISSED; and,

5.   The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:  November 8, 2005**              /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE