UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

JAN 23 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

| | |
|---|---|
| CHARLES SINGLETON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>M. MORALES; et al.,<br><br>    Defendants - Appellees. | No.  05-17401<br>D.C. No.  CV-03-05557-REC/LJO<br><br>**ORDER** |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith      [ ]

Explanation: _____

_____

_____

_____

_____
                Judge
United States District Court

Date: _Jan 20 05_